IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DARRYL J. MOORE ) | |
| ) | |
| v. ) | No. 3:14-00247 |
| ) | JUDGE CAMPBELL |
| WARDEN, Lois M. DeBerry Special ) | |
| Needs Facility ) | |

ORDER

Pending before the Court are the Magistrate Judge's Report and Recommendation (Docket No. 42), and the Petitioner's Objections To Report And Recommendation (Docket No. 45). Through the Report and Recommendation, the Magistrate Judge recommends that Petitioner's Motion For Leave To Amend Petition For Writ Of Habeas Corpus (Docket No. 37) be granted in part, so as to allow amendment for purposes of supplementing the claims of the original petition, and denied in part, so as to disallow amendment for purposes of adding new claims.

The Court has independently reviewed the Magistrate Judge's determinations, the Petitioner's objections, and the entire record. The Petitioner's objections are without merit and are overruled. The Report and Recommendation is ADOPTED and APPROVED in its entirety. Accordingly, Petitioner's Motion For Leave To Amend Petition For Writ Of Habeas Corpus (Docket No. 37) is GRANTED in part, so as to allow amendment for purposes of supplementing the claims of the original petition, and DENIED in part, so as to disallow amendment for purposes of adding new claims.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE